August Gugelmann, SBN 240544
august@smllp.law
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorneys for CARLOS BAQUEDANO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>      vs.<br><br>CARLOS ALBERTO BAQUEDANO,<br><br>                              Defendant. | Case No. CR 3-24-71769 MAG<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE** |

Defendant Carlos Alberto Baquedano and the United States hereby stipulate and agree as follows:

1)       A status conference is currently scheduled for May 7, 2026. The parties continue to discuss potential resolution, and the government recently produced a second volume of discovery to facilitate those negotiations. The parties agree that a continuance of the status conference is needed to allow continued review of discovery.

2)       The parties therefore stipulate and agree and respectfully request that the status conference be continued to June 16, 2026. Should the parties finalize negotiations before that point, they will re-set the matter as appropriate.

3)       It is further stipulated that time be excluded under the Speedy Trial Act and Rule 5.1(c) from May 7 through June 16, 2026. The parties stipulate and agree that excluding time

will allow for the effective preparation of defense counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding time from computation under the Speedy Trial Act and Rule 5.1(c) outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

4)    The parties further stipulate that there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1. *See* Fed. R. Crim. P. 5.1(d).

Undersigned defense counsel certifies that he has obtained approval from counsel for the government to file this stipulation and proposed order.

IT IS SO STIPULATED.

Dated: May 1, 2026

_____/s/_____
August Gugelmann
SWANSON & McNAMARA LLP
Attorneys for Carlos Alberto Baquedano

_____/s/_____
Kenneth Chambers
Assistant United States Attorney

2

**Stipulation and [Proposed] Order**
*United States v. Baquedano*, CR 3-24-71769 MAG

**[~~PROPOSED~~] ORDER**

Based on the stipulation of the parties and good cause appearing therefore, the status conference currently set for May 7, 2026 is continued to June 16, 2026.

Based upon the facts set forth in the stipulation, and for good cause shown, the Court finds that failing to exclude the time from May 7 through June 16, 2026 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding time from computation under the Speedy Trial Act and Rule 5.1(c) outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from May 7 through June 16, 2026 shall be excluded from computation under the Speedy Trial Act and the time period set forth in Rule 5.1(c). 18 U.S.C. § 3161(h)(7)(A), (B)(iv); Rule 5.1(d).

Furthermore, the Court finds that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1.  *See* Fed. R. Crim. P. 5.1(d).

IT IS SO ORDERED.

Dated: __May 1, 2026__

Hon. Thomas S. Hixson
United States Magistrate Judge

**Stipulation and [Proposed] Order**
*United States v. Baquedano*, CR 3-24-71769 MAG